## CITY OF ATLANTA *v.* HARRISON.

ATKINSON, J. The questions made in the present case are controlled by the principles announced in the case of the *City of Atlanta* v. *Smith*, 99 *Ga.* 462.                              *Judgment affirmed. All the Justices concurring.*

Argued June 11, — Decided July 9, 1897.

Affidavit of illegality. Before Judge Lumpkin. Fulton superior court. September term, 1896.

*J. A. Anderson, George Westmoreland* and *J. T. Pendleton*, for plaintiff in error. *Henry A. Alexander*, contra.

---

## INMAN *et al. v.* GATE CITY NATIONAL BANK.

LITTLE, J. The grant of injunctions and the appointment of receivers being, to a great extent, within the discretion of the chancellor, where the evidence is conflicting upon the substantial equities relied upon to obtain the relief sought, his judgment refusing an injunction and the appointment of a receiver will not be disturbed.
*Judgment affirmed. All the Justices concurring, except Cobb, J., disqualified.*

Argued June 11, 12, — Decided July 9, 1897.

Petition for injunction, etc. Before Judge Lumpkin. Fulton county. March 11, 1897.

*Ellis & Gray*, for plaintiff.
*Dorsey, Brewster & Howell* and *Arthur Heyman*, for defendant.

---

## MALLORY *et al. v.* PURTELL.

SIMMONS, C. J. Under the facts disclosed by the record, there was no abuse of discretion in the grant of the injunction and the appointment of a receiver.                        *Judgment affirmed. All the Justices concurring.*

Submitted June 10, — Decided July 9, 1897.

Injunction and receiver. Before Judge Lumpkin. Fulton county. April 14, 1897.

*R. J. Jordan* and *E. C. Ward*, for plaintiffs in error.
*Goodwin & Westmoreland* and *Longino & Golightly*, contra.